776

*L. Wilkinson* and *Roger P. Marquis* for respondents.

No. 346. WASHINGTON BREWERS INSTITUTE ET AL. *v.* UNITED STATES. October 25, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. R. M. J. Armstrong, Stephen F. Chadwick, Cassius E. Gates, Gregory A. Harrison, J. A. Howell, Francis R. Kirkham, Marshall P. Madison, E. L. Skeel, Felix T. Smith, Edwin Snow,* and *Henry T. Ivers* for petitioners. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Messrs. Robert L. Stern* and *Robert L. Wright* for the United States. *Mr. Smith Troy,* Attorney General of the State of Washington, filed a brief on behalf of that State, as *amicus curiae,* in support of the petition.

No. 350. PUBLIC SERVICE COMPANY OF OKLAHOMA *v.* PARKINSON, COUNTY TREASURER. October 25, 1943. Petition for writ of certiorari to the Supreme Court of Oklahoma denied. *Mr. Mastin E. Geschwind* for petitioner. *Mr. Claude H. Rosenstein* for respondent.

No. 351. RAYNO ET AL. *v.* UNITED STATES. October 25, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Robert W. Upton* for petitioners. *Solicitor General Fahy, Assistant Attorney General Littell,* and *Messrs. Vernon L. Wilkinson* and *Valentine Brookes* for the United States.

No. 353. CHRISTOFFEL ET AL. *v.* WISCONSIN EMPLOYMENT RELATIONS BOARD ET AL. October 25, 1943. Peti-